■ In the Matter of the Claim of PATRICIA A. WALKER, Respondent. EXAMONE WORLD WIDE, INC., Appellant; COMMISSIONER OF LABOR, Respondent. [25 NYS3d 916]—

Clark, J. Appeals from two decisions of the Unemployment Insurance Appeal Board, filed September 26, 2014, which ruled, among other things, that ExamOne World Wide, Inc. was liable for unemployment insurance contributions based upon remuneration paid to claimant and others similarly situated.

Claimant, a licensed phlebotomist, worked as a mobile exam technician for ExamOne World Wide, Inc., which was in the business of providing a service to its clients, insurance companies, by retaining examiners to conduct medical tests and obtain specimens and medical histories from applicants seeking insurance coverage. After claimant ceased working for ExamOne and applied for unemployment insurance benefits, an Administrative Law Judge determined, following a hearing, that ExamOne was liable for additional unemployment insurance contributions based upon remuneration paid to claimant and others similarly situated. The Unemployment Insurance Appeal Board upheld the decisions. ExamOne appeals, arguing that claimant and its other mobile examiners were independent contractors and not its employees.

For the reasons set forth in our prior decisions involving similarly situated mobile examiners employed by ExamOne, the decisions of the Board are affirmed (see Matter of Scinta [ExamOne World Wide Inc.—Commissioner of Labor], 113 AD3d 959 [2014]; see also Matter of Lawlor [ExamOne World Wide Inc.—Commissioner of Labor], 130 AD3d 1345 [2015]; Matter of Dickson [ExamOne World Wide Inc.—Commissioner of Labor], 130 AD3d 1340 [2015]). Furthermore, the Board also properly held that the findings of employment applied to other mobile examiners similarly situated to claimant (see Labor Law § 620 [1] [b]; Matter of Mitchum [Medifleet, Inc.—Commissioner of Labor], 133 AD3d 1156, 1157-1158 [2015]).

Garry, J.P., Egan Jr., Lynch and Devine, JJ., concur. Ordered that the decisions are affirmed, without costs.